COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RANDY J. GOLDSTEIN, M.D., | § | No. 08-08-00072-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court of |
| FRANCISCO BOADA and IRMA BOADA, | § | of El Paso County, Texas |
| | § | |
| Appellees. | § | (TC#2007-581) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion for determination as to whether the appeal should be dismissed for want of prosecution. On March 7, 2008, Appellant, Randy J. Goldstein, M.D., moved for an extension of the deadline to file his brief. Although the extension was granted, Appellant failed to meet the extended deadline. By correspondence dated April 30, 2008, the Clerk of the Court informed Appellant that no brief had been received and warned Appellant of the Court's intention to dismiss the appeal for want of prosecution unless Appellant provided grounds for continuance of the appeal. Appellant made no response. Therefore, pursuant to Texas Rule of Appellate Procedure 38.8, this appeal is dismissed with prejudice.

KENNETH R. CARR, Justice

July 31, 2008

Before Chew, C.J., McClure, and Carr, JJ.